# United States Court of Appeals
### For the Eighth Circuit

_____

No. 19-2223
_____

United States of America

*Plaintiff   Appellee*

v.

Christopher McCarty

*Defendant   Appellant*
_____

Appeal from United States District Court
for the Western District of Arkansas - Fayetteville
_____

Submitted: April 13, 2020
Filed: May 21, 2020
[Unpublished]
_____

Before KELLY, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

Christopher McCarty pleaded guilty to possession with intent to distribute more than 50 grams of actual methamphetamine, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii), and was sentenced to 168 months' imprisonment.

McCarty argues that the district court[1] engaged in impermissible double counting when it increased his offense level for obstructing justice under U.S. Sentencing Guidelines (Guidelines) § 3C1.1 and considered the same obstructive conduct when weighing the sentencing factors under 18 U.S.C. § 3553(a). The district court did not apply the obstruction-of-justice enhancement in calculating McCarty's offense level, however. It instead determined McCarty's offense level under the career offender provision set forth in Guidelines § 4B1.1(b), rendering meritless his double-counting argument.

We grant McCarty's motion for permission to file a supplemental *pro se* brief, but find his argument unavailing. The judgment is affirmed.

_____

[1]The Honorable Timothy L. Brooks, United States District Judge for the Western District of Arkansas.